# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **MARIO SAUCEDA AND** § | |
| **MARIANA MARIN** § | |
| § | |
| § | **CIVIL CASE NO.**_____ |
| § | **JURY DEMAND** |
| **VS.** § | |
| § | |
| **TRANSPORTES DEL BAJIO** § | |
| **ZAVALA HERMANOS SA DE CV** § | |

## APPLICATION AND NOTICE OF REMOVAL

### TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendant TRANSPORTES DEL BAJIO ZAVALA HERMANOS SA DE CV ("Applicant") files this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a)(2). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between citizens of a State and a citizen or subject of a foreign state. This notice of removal is filed within 30 days after the receipt by Defendant of a copy of Plaintiffs' initial pleading.

### I.

1. Plaintiffs, Mario Sauceda and Mariana Marin, filed their *Plaintiffs' Original Petition* in a cause of action against Defendant, Transportes del Bajio Zavala Hermanos SA de CV, in the 370th Judicial District Court in Hidalgo County, Texas, Cause No. C-1470-20-G.

2. Plaintiffs mailed the citation and a copy of the petition to the Texas Secretary of State on July 9, 2020, requesting that the citation and petition be forwarded to Defendant at an incorrect address. The paperwork was mailed to 101 N. McColl Road, Suite 10, McAllen, Texas 78501—an address which belongs to BridgePoint Insurance Agency and Permit Center, not Defendant Transportes del Bajio Zavala Hermanos SA de CV. As Plaintiffs' petition acknowledges, Bridgepoint is not Defendant's registered agent for service. Bridgepoint is not in charge of Transportes del Bajio Zavala Hermanos SA de CV. Bridgepoint is not an officer of Transportes del Bajio Zavala Hermanos SA de CV. Bridgepoint is not a party to this cause of action.

3. Defendant Transportes del Bajio Zavala SA de CV became aware of the lawsuit, and received a copy of the petition on July 24, 2020, when it was emailed from Bridgepoint to Transportes del Bajio Zavala Hermanos SA de CV. This was the first time anyone with Transportes del Bajio Zavala Hermanos SA de CV became aware of this lawsuit and this court's jurisdiction. See Exhibit "1".

4. Defendant filed its Original Answer in State court on August 3, 2020.

5. Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after the receipt by Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

## II.

6. Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because it is a civil action between citizens a State and a citizen of a foreign state.

7. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about October 8, 2018. Defendant pleads that this Court

has subject matter jurisdiction over this action, because Plaintiffs seek damages in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the State court action was pending.

8. Based upon information and belief, Plaintiff Mario Sauceda is a resident and citizen of the State of Texas.

9. Based upon information and belief, Plaintiff Mariana Marin is a resident and citizen of the State of Texas.

10. Defendant Transportes del Bajio Zavala Hermanos SA de CV is a corporation incorporated in Mexico, with its principal place of business in Mexico.

11. The amount in controversy exceeds $75,001.00. Plaintiffs seek monetary relief of up to $1,000,000.00.

### III.

12. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicant would show the following:

   a. Plaintiffs: Mario Sacueda and Mariana Marin.

   b. Defendant: Transportes Del Bajio Zavala Hermanos, SA de CV;

   c. Status of service of process: Substituted service was attempted by mailing the citation and petition to the Texas Secretary of State. Plaintiffs requested that the Texas Secretary of State forward the citation and petition to an incorrect address. Transportes Del Bajio Zavala Hermanos SA de CV received a copy of *Plaintiffs' Original Petition* on July 24, 2020 via email from Bridgepoint Insurance Agency.

   d. Counsel for each party is as follows:

   Counsel for Plaintiffs, Mario Sacueda and Mariana Marin:
   Robert O. Fischel, Of Counsel
   State Bar No.: 07040200
   Federal Bar No.:_____

3

>The Davis Law Firm
>10500 Heritage Blvd. #102
>San Antonio, Texas 78216
>Telephone: (210) 444-4444
>Facimilse: (210) 785-0806

>Counsel for Defendant Transportes Del Bajio Zavala Hermanos, SA de CV:
>Tamara L. Rodriguez
>State Bar No. 00791647
>Federal Bar No. 18972
>Vidaurri, Lyde, Rodriguez & Haynes, LLP
>202 North 10th Avenue
>Edinburg, TX 78541
>Telephone: 956-381-6602
>Facsimile: 956-381-0725

e.  A jury was demanded by Defendant in the State district court, and the jury fee was paid.

f.  Name and address of court from which the case is being removed:

>370th Judicial District Court
>Hidalgo County
>100 N. Closner
>Edinburg, Texas 78539

13. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 370th Judicial District Court of Hidalgo County, Texas, Cause No. C-1470-20-G, styled *Mario Sauceda and Mariana Marin vs. Transportes Del Bajio Zavala Hermanos, SA de CV*, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

Respectfully submitted,

By: _____
Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 21st day of August 2020, as follows:

**Eservice: robertf@davislaw.com**
Robert O. Fischel
The Davis Law Firm
10500 Heritage Blvd. #102
San Antonio, Texas 78216

_____
Tamara Rodriguez

**From:** ZAVALA BAJIO <transporteszavalahnos@hotmail.com>
**Sent:** Wednesday, August 19, 2020 10:14 AM
**To:** Norma Vega <nvega@vlrhlaw.com>
**Subject:** RV: Octubre 8, 2018

BUENOS DIAS

EL DIA 24 DE JULIO NOS INFORMARON CON ESTE CORREO.

**TRANSPORTES DEL BAJIO ZAVALA HERMANOS SA DE CV**
**TEL (462) 10 41 681 — 10 41 680**
**ID. 52*134463*2**

**De:** permits BridgePoint <permits@bpointins.com>
**Enviado:** viernes, 24 de julio de 2020 03:58 p. m.
**Para:** transporteszavalahnos@hotmail.com <transporteszavalahnos@hotmail.com>
**CC:** mxtrucks BridgePoint <mxtrucks@bpointins.com>
**Asunto:** Octubre 8, 2018

JOSE ZAVALA MONTIEL

Buenas tardes,

anexo los documentos que enviaron de una demanda de una accidente en Octubre 8, 2018. Los documentos piden una carta dentro 20 días. Tendrá que contratar un abogado. Puede pasar a la oficina por los documentos o los puede imprimir.

Saludos,

Barbara Campos

1



Barbara Campos
101 N. Mc Coll Ste 10
Mcallen , Texas 78501
956-683-9400
permits@bpointins.com
www.bridgepointinsurance.com



CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential. If you are not the intended recipient, you do not have permission to disclose, copy, distribute, or open any attachments. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.