Case 7:20-cv-00235   Document 12   Filed on 01/07/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO SAUCEDA and MARIANA MARIN, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-cv-00235 |
| TRANSPORTES DEL BAJIO ZAVALA HERMANOS SA DE CV, | § § § § | |
| Defendant. | § | |

# ORDER

The Court now considers Defendant's "Court Advisory"[1] notifying the Court of settlement and the parties' "Federal Rule 41(a)(2) Joint Stipulation of Dismissal with Prejudice."[2]

Plaintiffs and Defendant jointly move to dismiss this case with prejudice.[3] Accordingly, Federal Rule of Civil Procedure 41(a)(2), which is only applicable to stipulations not covered by Rule 41(a)(1), is not the appropriate ground for dismissal. Instead, the applicable Rule is 41(a)(1)(A)(ii). Under that rule, Plaintiffs may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the joint stipulation is signed by all appearing parties,[4] Plaintiffs have effectively dismissed the case and no further action by this Court is necessary.[5] All of Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All

---

[1] Dkt. No. 10.
[2] Dkt. No. 11.
[3] *Id.* at 1.
[4] *Id.* at 1–2.
[5] *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).

deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of January 2021.

                                                         Micaela Alvarez
                                           United States District Judge